950 F.2d 723
 Panhandle Eastern Pipe Line Company
v.
Federal Energy Regulatory Commission, Indiana Gas Co., MI
Gas Storage Co., MS River Transmission Corp., MI Consol. Gas
Co., Assoc. Natural Gas Co., Battle Creek Gas Co., Central
IL Light Co., Central IL Public Serv. Co., Citizens Gas Fuel
Co., IL Power Co., MI Gas Util. Co., OH Gas Co., Richmond
Gas Corp., Southeastern MI Gas Co., Union Elec. Co.,
Referred to as 'Gen. Serv. Cust. Group'
 NO. 86-3265
 United States Court of Appeals,
Third Circuit.
 NOV 04, 1991
 
 1
 Appeal From: F.E.R.C.
 
 
 2
 DENIED.